# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN THOMAS SNELL,<br>　　　　　　　　Plaintiff,<br>　　v.<br>SOCIAL SECURITY ADMINISTRATION, et al.,<br>　　　　　　　　Defendants. | Case No. 5:21-cv-00474-AB-SHK<br><br>**JUDGMENT** |

It is the judgment of this Court that the case is DISMISSED without prejudice consistent with this Court's Order.

Dated: June 15, 2021

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge