UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:21-cv-00474-AB-SHK | Date: | June 30, 2021 |
|---|---|---|---|
| Title: | *Edwin Thomas Snell v. Social Security Administration, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings (IN CHAMBERS):   Final Order To Show Cause**

      On May 6, 2022, the Court dismissed pro se Plaintiff Edwin Thomas Snell's ("Plaintiff") Complaint ("Complaint" or "Compl.") with leave to amend ("ODLA").  Electronic Case Filing Number ("ECF No.") 17, ODLA.  In the ODLA, Plaintiff was ordered to perform one of three actions within twenty-one days of the ODLA issuing—or, by May 27, 2022—if he wished to continue pursuing the litigation.  See id. at 9-10.  Specifically, Plaintiff was ordered to either: (1) file a notice of voluntary dismissal if he no longer wished to pursue this case; (2) file a First Amended Complaint ("FAC") curing the deficiencies stated in the ODLA; or (3) indicate in writing that he does not wish to amend his Complaint and that he instead wishes to stand on the allegations raised in his Complaint.  Id.  Plaintiff was cautioned that if Plaintiff failed to timely perform one of the three aforementioned options, "**the Court will recommend that this action be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Federal Rule of Civil Procedure 41(b).**"  Id. (emphasis in original).

      As of the date of this order, Plaintiff has not performed any of the ordered actions or otherwise participated in this litigation, and it appears by Plaintiff's inaction that Plaintiff has abandoned this litigation.  As such, Plaintiff is **ORDERED TO SHOW CAUSE** by **July 8, 2022**, why this case should not be dismissed for failure to follow Court orders.  Plaintiff can satisfy this order by performing one of the three aforementioned actions ordered in the ODLA by the deadline stated above.

      Plaintiff is warned **again** that failure to timely respond to this order **will** result in a recommendation that this case be dismissed with or without prejudice for failure to prosecute and follow Court orders.

      **IT IS SO ORDERED.**